[No. 14869-9-I.   Division One.   February 2, 1987.]

ROBERT ROGERS, ET AL, *Appellants,* v. THE PORT OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-07520-5, James D. McCutcheon, Jr., J., entered May 31, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Coleman and Grosse, JJ.

[Nos. 15777-9-I; 16206-3-I.   Division One.   February 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN A. DiCICCO, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 84-1-02431-0, Jerome M. Johnson, J., entered December 18, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 16150-4-I.   Division One.   February 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. EDGAR VONNELL BATISTE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-03365-3, Lloyd W. Bever, J., entered February 20, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 16420-1-I.   Division One.   February 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. KURT N. DIEMERT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00080-8, Stuart C. French, J., entered May 6, 1985. *Reversed* by unpublished per curiam opinion.